**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/24/2025

IN RE:

DAVID DOWNING
SHARON DOWNING
906 WESTERN AV
JEANNETTE, PA 15644
XXX-XX-8329          Debtor(s)

XXX-XX-8404

Case No.24-20570 CMB

Chapter 13

**AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/24/2025

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim Amount / Comment | Cred Desc / Account No. |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** <br> ATTN BANKRUPTCY NOTICING <br> 4515 N SANTA FE AVE DEPT APS <br> OKLAHOMA CITY, OK 73118 | Trustee Claim Number: 1   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: ALLY BANK LEASE~VAULT/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number: 2   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: LAKEVIEW LN/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **ASSOCIATED BANK NA** <br> 6400 MAIN ST - STE 200 <br> AMHERST, NY 14221 | Trustee Claim Number: 3   INT %: 0.00% <br> Court Claim Number: 58 <br> CLAIM: 0.00 <br> COMMENT: PMT/PL*450X60+2=LMT*PMT/CL=459.87*LATE CLM | CRED DESC: VEHICLE <br> ACCOUNT NO.: 2188 |
| **KEYBANK NA**** <br> POB 94968 <br> CLEVELAND, OH 44101 | Trustee Claim Number: 4   INT %: 4.89% <br> Court Claim Number: 10 <br> CLAIM: 665.86 <br> COMMENT: NO PMTS/CONF*6370.43/CL*WNTS 4.89%/CL FACE | CRED DESC: VEHICLE <br> ACCOUNT NO.: 8290 |
| **LAKEVIEW LOAN SERVICING LLC** <br> C/O M & T BANK <br> ATTN TRUSTEE PAYMENT CTR <br> PO BOX 1288 <br> BUFFALO, NY 14240-1288 | Trustee Claim Number: 5   INT %: 0.00% <br> Court Claim Number: 51 <br> CLAIM: 0.00 <br> COMMENT: 513.68/PL*512.37 X60+2=LMT*BGN 4/24*$0ARRS/PL-CL*1ST/SCH | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 5758 |
| **AMERICAN EXPRESS NATIONAL BANK** <br> C/O BECKET AND LEE LLP <br> PO BOX 3001 <br> MALVERN, PA 19355-0701 | Trustee Claim Number: 6   INT %: 0.00% <br> Court Claim Number: 17 <br> CLAIM: 17,851.89 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2009 |
| **AMERICAN EXPRESS NATIONAL BANK** <br> C/O BECKET AND LEE LLP <br> PO BOX 3001 <br> MALVERN, PA 19355-0701 | Trustee Claim Number: 7   INT %: 0.00% <br> Court Claim Number: 16 <br> CLAIM: 7,116.34 <br> COMMENT: | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2008 |
| **AMERICAN EXPRESS** <br> PO BOX 981537 <br> EL PASO, TX 79998 | Trustee Claim Number: 8   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **AMERICAN EXPRESS** <br> PO BOX 981537 <br> EL PASO, TX 79998 | Trustee Claim Number: 9   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **LVNV FUNDING LLC** <br> C/O RESURGENT CAPITAL SVCS <br> PO BOX 10587 <br> GREENVILLE, SC 29603-0587 | Trustee Claim Number: 10   INT %: 0.00% <br> Court Claim Number: 38 <br> CLAIM: 983.18 <br> COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 6011 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 55<br>CLAIM: 4,083.87<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2557 |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 56<br>CLAIM: 3,944.59<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0653 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE 19801 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 34<br>CLAIM: 4,158.16<br>COMMENT: BARCLAYS/PRICELINE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4106 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 36<br>CLAIM: 8,508.81<br>COMMENT: BARCLAY/BARNES & NOBLE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0756 |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WMT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 2,040.61<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1167 |
| **CAPITAL ONE BANK USA NA**<br>PO BOX 30281<br>SALT LAKE CITY, UT 84130 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee/Court Claim | Credit Description |
|---|---|---|
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 862.88<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8272 |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 754.22<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1167 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number: 52<br>CLAIM: 217.66<br>COMMENT: BREAD RWRD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6085 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number: 54<br>CLAIM: 119.24<br>COMMENT: MAURICES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3724 |
| **QUANTUM3 GROUP LLC - AGENT FOR COMENIT**<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 53<br>CLAIM: 76.72<br>COMMENT: ROAMANS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5159 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 44<br>CLAIM: 3,676.15<br>COMMENT: CITIBANK/BBY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3881 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 43<br>CLAIM: 1,439.60<br>COMMENT: CITIBANK/WAYFAIR | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0843 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 49<br>CLAIM: 2,513.90<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0321 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 48<br>CLAIM: 16,013.44<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6573 |
| **CITIBANK NA\*\***<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br>LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 47<br>CLAIM: 1,686.66<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0869 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account No. |
|---|---|---|---|
| **CITIBANK\*\***<br>POB 6241<br><br>SIOUX FALLS, SD 57117-6214 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CITIBANK\*\***<br>POB 6241<br><br>SIOUX FALLS, SD 57117-6214 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COLLEGE AVENUE STUDENT LOAN++**<br>1105 NORTH MARKET ST 20TH FL<br><br>WILMINGTON, DE 19801 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COLLEGE AVENUE STUDENT LOAN++**<br>1105 NORTH MARKET ST 20TH FL<br><br>WILMINGTON, DE 19801 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COLLEGE AVENUE STUDENT LOAN++**<br>1105 NORTH MARKET ST 20TH FL<br><br>WILMINGTON, DE 19801 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT ONE BANK**<br>POB 98872<br><br>LAS VEGAS, NV 89193-8872 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CREDIT ONE BANK**<br>POB 98872<br><br>LAS VEGAS, NV 89193-8872 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 39 | CLAIM: 931.86<br>COMMENT: CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3256 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 37 | CLAIM: 486.49<br>COMMENT: CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1342 |
| **DISCOVER BANK(\*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 1 | CLAIM: 1,669.57<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0370 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 2,153.79<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2908 |
| **EARNEST**<br>PO BOX 9655<br>WILKES BARRE, PA 18773 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number: 19<br>CLAIM: 1,748.15<br>COMMENT: REF 3904963147 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3629 |
| **FIRST PREMIER BANK**<br>POB 5114<br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 15,257.81<br>COMMENT: SHEETZ | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3470 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 8,549.93<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5106 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 7,987.57<br>COMMENT: LAST TRANSACTION 11/20/2023 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7987 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number: 48  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 29,181.35<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4581 |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 3,953.43<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1776 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number:51 INT %: 0.00%<br>Court Claim Number:5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7784 | CLAIM: 1,952.43<br>COMMENT: |
| **GS BANK USA**<br>PO BOX 45400<br>SALT LAKE CITY, UT 84145 | Trustee Claim Number:52 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br>WILMINGTON, DE 19850 | Trustee Claim Number:53 INT %: 0.00%<br>Court Claim Number:9 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5677 | CLAIM: 1,637.33<br>COMMENT: |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:54 INT %: 0.00%<br>Court Claim Number:31 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5747 | CLAIM: 11,333.91<br>COMMENT: FR LENDINGCLUB-DOC 31 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:55 INT %: 0.00%<br>Court Claim Number:32 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6938 | CLAIM: 8,567.68<br>COMMENT: FR LENDINGCLUB~DOC 32 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:56 INT %: 0.00%<br>Court Claim Number:33 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6680 | CLAIM: 4,417.56<br>COMMENT: FR LENDING CLUB-DOC 33 |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236 | Trustee Claim Number:57 INT %: 0.00%<br>Court Claim Number:50 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7202 | CLAIM: 4,098.38<br>COMMENT: |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number:58 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: PFCP~FBT~FA2~CWS?/SCH |
| **CREDITOR INFORMATION MISSING OR VAGUE**<br>NEED VERIFICATION | Trustee Claim Number:59 INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: | CLAIM: 0.00<br>COMMENT: PFCP~FBT~FA2~CWS?/SCH |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:60 INT %: 0.00%<br>Court Claim Number:46 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7670 | CLAIM: 3,158.88<br>COMMENT: SEARS/CITIBANK |

| Creditor | Claim Info | Description |
|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:61  INT %:  0.00%<br>Court Claim Number:26<br>CLAIM:  1,449.83<br>COMMENT:  SYNC/AMZN | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4094 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number:62  INT %:  0.00%<br>Court Claim Number:20<br>CLAIM:  971.70<br>COMMENT:  REF3906298906*CARE CRDT/SYNC | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7288 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:63  INT %:  0.00%<br>Court Claim Number:24<br>CLAIM:  2,356.62<br>COMMENT:  SYNC/EBAY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8339 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:64  INT %:  0.00%<br>Court Claim Number:21<br>CLAIM:  4,522.27<br>COMMENT:  SYNC/LOWES | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3648 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:65  INT %:  0.00%<br>Court Claim Number:30<br>CLAIM:  9,211.25<br>COMMENT:  SYNC/PAYPAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6192 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:66  INT %:  0.00%<br>Court Claim Number:23<br>CLAIM:  4,417.01<br>COMMENT:  SYNC/PPC | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1933 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:67  INT %:  0.00%<br>Court Claim Number:25<br>CLAIM:  356.51<br>COMMENT:  SYNC/PPMC | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9368 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:68  INT %:  0.00%<br>Court Claim Number:22<br>CLAIM:  2,248.21<br>COMMENT:  SYNC/PPMC | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6162 |
| **SYNCHRONY BANK****<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:69  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~PPMC/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:70  INT %:  0.00%<br>Court Claim Number:29<br>CLAIM:  205.71<br>COMMENT:  SYNCHRONY/SAMS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8620 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:71 INT %: 0.00%<br>Court Claim Number:27<br>CLAIM: 2,307.38<br>COMMENT: SYNC/SAMS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7328 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:72 INT %: 0.00%<br>Court Claim Number:28<br>CLAIM: 7,399.33<br>COMMENT: SYNC/TJX | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5179 |
| **CAPITAL ONE NA BY AMERICAN INFOSOURCE -**<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number:73 INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 1,997.62<br>COMMENT: WLMRT/SYNC | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0006 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:74 INT %: 0.00%<br>Court Claim Number:45<br>CLAIM: 3,873.28<br>COMMENT: CITI/TRCTR SPLY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2542 |
| **UAS**<br>1000 S OWASSO BLVD W<br>ST PAUL, MN 55117 | Trustee Claim Number:75 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPGRADE**<br>275 BATTERY ST 23RD FL<br>SAN FRANCISCO, CA 94111 | Trustee Claim Number:76 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPGRADE**<br>275 BATTERY ST 23RD FL<br>SAN FRANCISCO, CA 94111 | Trustee Claim Number:77 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPGRADE**<br>275 BATTERY ST 23RD FL<br>SAN FRANCISCO, CA 94111 | Trustee Claim Number:78 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UPGRADE**<br>275 BATTERY ST 23RD FL<br>SAN FRANCISCO, CA 94111 | Trustee Claim Number:79 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:80 INT %: 0.00%<br>Court Claim Number:40-2<br>CLAIM: 17,244.66<br>COMMENT: WEBBANK/UPGRADE*OPENED 2/23*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0319 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| UPGRADE<br>275 BATTERY ST 23RD FL<br>SAN FRANCISCO, CA 94111 | Trustee Claim Number: 81  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 82  INT %: 0.00%<br>Court Claim Number: 41-2 | CLAIM: 9,252.68<br>COMMENT: WEBBANK/UPGRADE*AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9649 |
| WELLS FARGO BANK NA<br>C/O WELLS FARGO CARD SERVICES<br>PO BOX 9210<br>DES MOINES, IA 50306 | Trustee Claim Number: 83  INT %: 0.00%<br>Court Claim Number: 18 | CLAIM: 1,886.81<br>COMMENT: 654213110 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3110 |
| ALLY BANK LEASE TRUST(*) - ASSIGNOR TO VE<br>PAYMENT PROCESSING CENTER*<br>PO BOX 660618<br>DALLAS, TX 75266-0618 | Trustee Claim Number: 84  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 9,290.43<br>COMMENT: CL8$GOV*PMT/PL-CONF*8839/PL*315 PMT/PL*NO$/SCH G | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8811 |
| SARAH DOWNING<br>906 WESTERN AVE<br>JEANNETTE, PA 15644 | Trustee Claim Number: 85  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: /SCH H | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 86  INT %: 0.00%<br>Court Claim Number: 35 | CLAIM: 4,574.15<br>COMMENT: NT/SCH*SYNC/WALMART | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1184 |
| UPMC PHYSICIAN SERVICES<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 87  INT %: 0.00%<br>Court Claim Number: 42 | CLAIM: 308.25<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8404 |
| BANK OF AMERICA NA**<br>PO BOX 15102<br>WILMINGTON, DE 19886-5102 | Trustee Claim Number: 88  INT %: 0.00%<br>Court Claim Number: 57 | CLAIM: 7,061.94<br>COMMENT: NT/SCH*INSUFF POD~EMAIL DONE*2bAMD*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0161 |