Certificate Number: 17082-PAW-DE-040388515

Bankruptcy Case Number: 24-20570



17082-PAW-DE-040388515

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 7, 2025, at 6:52 o'clock PM MST, DAVID J DOWNING completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   December 7, 2025            By:    /s/Orsolya K Lazar

                                    Name:  Orsolya K Lazar

                                    Title: Executive Director