# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 24-20570-CMB |
| David Downing, | : | |
| Sharon Downing, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| David Downing, | : | Related to Document No. 61, 62 |
| Sharon Downing, | : | |
| Movant | : | |
| | : | |
| v. | : | Hearing Date and Time: |
| | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Respondent (if none, then "No Respondent") | : | |

**CERTIFICATE OF SERVICE OF ORDER OF COURT DATED JULY 13, 2026 DOC #63, AND AMENDED SCHEDULE I DOC #61, AMENDED SCHEDULE J DOC #62**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __July 10, 2026_____.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: _____First Class Mail or electronic notification_____.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| Ronda J. Winnecour, Trustee | United States Trustee |
| US Steel Tower | Office of the U.S. Trustee |
| 600 Grant Street, Suite 3250 | 1001 Liberty Ave, Ste 970 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |

EXECUTED ON: ___July 14, 2026_____

By: */s/ Charles Laputka*____
Charles Laputka, Esquire
Attorney for Debtor
1344 W Hamilton Street
Allentown, PA 18102
Atty. I.D. No: 091984

**PAWB Local Form 7 (07/13)**