**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) |
| **DAVID DOWNING /** | ) **Case No. 24-20570-CMB** |
| **SHARON DOWNING,** | ) |
| | ) **Chapter 13** |
| **Debtor(s).** | ) |
| | X |

## ORDER OF COURT
**(Check Boxes That Apply)**

☒ **Confirming Plan on Final Basis**      ☐ **Chapter 13 Plan dated:**
_____

☐ **Authorizing Distributions Under Plan**   ☒ **Amended Chapter 13 dated:**
**On Interim Basis Solely as Adequate**   **4/14/26**
**Protection**

IT IS HEREBY ORDERED that the Chapter 13 Plan Payment is $2,622 effective 4/24.

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "Plan"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

1.    **Unique Provisions Applicable Only to This Case**: *Only those provisions which are checked below apply to this case:*

☒      A.  For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $4,074.00, beginning 8/26. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

-1-

☐    B.  The length of the Plan is changed to a total of at least ____months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☐    C.  To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. ***Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.*** The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐    D.  Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐    E.  The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐    F.  The following utility creditor _____shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☒    G.  The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:
- Associated Bank CL. #58 beginning 3/24.

☐    H.  The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined

by Trustee to pay the claim in full during the Plan term:

_____

☐  I.  The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:

_____

☒  J.  The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:
- Lakeview Loan CL. #51

☒  K.  Additional Terms and Conditions:
- No further payments to Keybank NA CL. #10 as that claim will be paid direct by Debtor's Daughter (through payments given to Debtors to make the payments) as she is the one who uses the vehicle.
- Unsecured Pool is revised to $119,150 (45% of timely filed unsecured claims).
- *Debtor(s) are to fund the plan by TFS [notwithstanding anything to the contrary in the plan] which is to be implemented within 14 days of the date of this Order (if not previously implemented). Debtor(s) are responsible for ensuring that the full monthly plan payment is made each month regardless of the manner in which payments are intended to be made. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods (wage attachment, TFS, or ACH).*
- *To the extent the Plan is confirmed pre-bar date(s) or the completion of pending or contemplated litigation (including §506/522f action and objections to claims) or Loss Mitigation (LMP), creditors will be paid per plan in the plan amount (or as superseded by this Confirmation Order or other Order(s) of Court) notwithstanding a claim in a greater amount or priority. Debtor shall review all proofs of claims as filed and to take such action(s), including modification of the Plan or this Confirmation Order, as is necessary to address claim discrepancies and to address other subsequent events that will affect the adequacy of plan funding (including the outcome of contemplated or pending litigation and LMP). The need to address plan funding deficiency includes increasing the plan payment as necessary to fund 100% of timely filed and allowed non-specially classified unsecured creditors in 100% plan cases.*

**2. Deadlines.** **The following deadlines are hereby established and apply to this case:**

**A.** **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**B.** **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

**C.** **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**D.** **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

**3.** **Additional Provisions.** **The following additional provisions apply in this case:**

**A.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**B.** The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date").

Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

      **C.**    Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

      **D.**    Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

      **E.**    The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

      **F.**    In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed ***secured claim*** (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

      **G.**    The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

      **H.**    The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated:   July 31, 2026

Carlota M. Böhm
United States Bankruptcy Judge

glb

cc: All Parties in Interest to be served by Clerk

SIGNED
7/31/26 4:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-5-

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                        Case No. 24-20570-CMB

David Downing                                                                      Chapter 13

Sharon Downing

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 4

Date Rcvd: Jul 31, 2026                    Form ID: pdf900                            Total Noticed: 67

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Downing, Sharon Downing, 906 Western Av, Jeannette, PA 15644-2944 |
| 15693204 | + | Assoc Bank, 1305 Main St, Stevens Point, WI 54481-2898 |
| 16472526 | + | Associated Bank, N.A., 6400 Main Street, Suite 200, Amherst, New York 14221-5803 |
| 15693205 | | Bank of America, 220 E Blackstock Rd, Spartanburg, SC 29301 |
| 15693212 | + | CBNA, PO Box 628, Olean, NY 14760-0628 |
| 15693216 | + | College Ave, PO BOX 5863, Carol Stream, IL 60197-5863 |
| 15693218 | + | CollegeAve, PO BOX 5863, Carol Stream, IL 60197-5863 |
| 15693223 | + | FNB Omaha, 2223 Dodge St, Omaha, NE 68102-1912 |
| 15693227 | | Lakeview - Serviced by M&T, PO Box 1288, Buffalo, NY 14240-1288 |
| 15693230 | | PFCP/FBT/FA2/CWS, PO Box 650726, Saint Jo, TX 76265 |
| 15693234 | | SYNCB/Care Credit DC, PO BO71757, Philadelphia, PA 19176 |
| 15693243 | | SYNCB/Walmart, PO BOX 10307, Roswell, GA 30076 |
| 15693245 | + | UAS/College Ave Student, PO BOX 5863, Carol Stream, IL 60197-5863 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 01 2026 01:34:44 | Ally Bank Lease Trust - Assignor to Vehicle Asset, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 01 2026 06:50:16 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 15693202 | | Email/PDF: bncnotices@becket-lee.com | Aug 01 2026 01:34:49 | AMEX, PO BOX 7871, Fort Lauderdale, FL 33329 |
| 15699916 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 01 2026 01:34:44 | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15693201 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 01 2026 01:26:00 | Ally Financial, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15707851 | | Email/PDF: bncnotices@becket-lee.com | Aug 01 2026 01:34:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15693203 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 01 2026 01:26:00 | Apple Card - GS Bank USA, PO Box 7247 Lockbox 6112, Philadelphia, PA 19170-6112 |
| 15718310 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 01 2026 01:26:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |

District/off: 0315-2 | User: auto | Page 2 of 4

Date Rcvd: Jul 31, 2026 | Form ID: pdf900 | Total Noticed: 67

| ID | | Method/Email | Date | Recipient |
|---|---|---|---|---|
| 15693206 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 01 2026 01:26:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 15693209 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 01 2026 01:26:00 | CB/BreadRWDS, PO BOX 182789, Columbus, OH 43218-2789 |
| 15693210 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 01 2026 01:26:00 | CB/Maurices, Box 182273, Columbus, OH 43218-2273 |
| 15693211 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 01 2026 01:26:00 | CB/Roamans, Box 650972, Dallas, TX 75265-0972 |
| 15693213 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 01 2026 01:34:54 | CBNA, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 15693217 | | Email/Text: bankruptcy@collegeave.com | Aug 01 2026 01:26:00 | College Avenue Student Loans, 1105 N MArket St - 20th Floor, Wilmington, DE 19801 |
| 15693207 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 01 2026 01:34:53 | Cap1/WMT, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15693208 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 01 2026 01:34:44 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15707816 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 01 2026 01:34:49 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15693214 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 01 2026 01:34:54 | Citi, PO BOX 6217, Sioux Falls, SD 57117-6217 |
| 15693215 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 01 2026 01:34:45 | CitiCards CBNA, PO BOX 6217, Sioux Falls, SD 57117-6217 |
| 15717254 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 01 2026 01:34:50 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15693219 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 01 2026 01:34:44 | Credit One Bank NA, PO BOX 98872, Las Vegas, NV 89193-8872 |
| 15693220 | + | Email/Text: mrdiscen@discover.com | Aug 01 2026 01:26:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 15695236 | | Email/Text: mrdiscen@discover.com | Aug 01 2026 01:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15693221 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 01 2026 01:34:44 | Earnest, PO BOX 9655, Wilkes Barre, PA 18773-9655 |
| 15699121 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 01 2026 01:26:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, Ne 68197 |
| 15695680 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 01 2026 01:26:00 | First National Bank of Omaha, 1620 Dodge Street, Stop Code 3113, Omaha, Nebraska 68197 |
| 15693222 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 01 2026 01:34:53 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 15693224 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Aug 01 2026 01:26:00 | GS Bank USA, Lockbox 6112 PO BOX 7247, Philadelphia, PA 19170-0001 |
| 15709611 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 01 2026 01:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15693225 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 01 2026 01:34:45 | JPMCB Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 15702547 | + | Email/Text: RASEBN@raslg.com | Aug 01 2026 01:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 15693226 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Aug 01 2026 01:26:00 | KeyBank NA, PO Box 94825, Cleveland, OH 44101-4825 |
| 15710188 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2026 01:34:44 | LVNV Funding, LLC, Resurgent Capital Services, |

District/off: 0315-2                              User: auto                                    Page 3 of 4
Date Rcvd: Jul 31, 2026                      Form ID: pdf900                            Total Noticed: 67

|  |  |  | PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|
| 15717857 | ^ MEBN | Aug 01 2026 01:23:46 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15693228 | + Email/Text: Documentfiling@lciinc.com | Aug 01 2026 01:26:00 | Lending Club, 595 Market Street - Ste 200, San Francisco, CA 94105-5839 |
| 15714023 | + Email/Text: Documentfiling@lciinc.com | Aug 01 2026 01:26:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 15693229 | + Email/Text: bankruptcy@marinerfinance.com | Aug 01 2026 01:26:00 | Mariner Finance, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15715555 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 01 2026 06:50:16 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15717934 | Email/Text: bnc-quantum@quantum3group.com | Aug 01 2026 01:26:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15717933 | Email/Text: bnc-quantum@quantum3group.com | Aug 01 2026 01:26:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15693233 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 01 2026 01:34:53 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 15693235 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 01 2026 01:34:49 | SYNCB/EBAY, Box 71718, Philadelphia, PA 19176-1718 |
| 15693236 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 01 2026 01:34:44 | SYNCB/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 15693238 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 01 2026 01:34:49 | SYNCB/PPC, PO Box 71718, Philadelphia, PA 19176-1718 |
| 15693239 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 01 2026 01:34:49 | SYNCB/PPMC, PO Box 965005, Orlando, FL 32896-5005 |
| 15693237 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 01 2026 01:34:53 | SYNCB/PayPal Credit Card, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 15693240 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 01 2026 01:34:53 | SYNCB/Sams Club, PO Box 965005, Orlando, FL 32896-5005 |
| 15693241 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 01 2026 01:34:44 | SYNCB/Sams Club, PO MOX 29116, Mission, KS 66201 |
| 15693242 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 01 2026 01:34:54 | SYNCB/TJX COS DC, PO Box 530949, Atlanta, GA 30353-0949 |
| 15693232 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 01 2026 01:34:54 | Sears/CBNA, 13200 Smith Road, Cleveland, OH 44130-7802 |
| 15693246 | Email/Text: bknotice@upgrade.com | Aug 01 2026 01:26:00 | Upgrade Inc, 2 N Central Ave - Fl 10, Phoenix, AZ 85004 |
| 15716363 | Email/Text: BNCnotices@dcmservices.com | Aug 01 2026 01:26:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15693247 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Aug 01 2026 01:34:50 | Wells Fargo, PO BOX 393, Minneapolis, MN 55480-0393 |
| 15708105 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Aug 01 2026 01:34:49 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 54

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID          Bypass Reason   Name and Address**

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 31, 2026 | Form ID: pdf900 | Total Noticed: 67 |

| | | |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | Ally Bank Lease Trust c/o AIS Portfolio Services,, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15707852 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15717296 | *+ | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15817834 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15817835 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15817836 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 15693231 | ##+ | Sarah E. Downing, 906 Western Ave, Jeannette, PA 15644-2944 |
| 15693244 | ##+ | Tractor Supply/CBNA, 930 National Parkway, Schaumburg, IL 60173-5115 |

TOTAL: 1 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Debtor David Downing ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Charles Laputka | on behalf of Joint Debtor Sharon Downing ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Matthew Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5